**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

               Plaintiff,

-vs-

**D-1 CLAUDIA THOMPSON,**

               Defendant.

_____/

Case: 2:07-cr-20216
Assigned To: Duggan, Patrick J
Referral Judge: Whalen, R. Steven
Filed: 04-20-2007 At 10:49 AM
INFO USA V. THOMPSON (TAM)

STATUTE:   29 U.S.C. §439
False Entry in Books and Records

## INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

### COUNT ONE

29 U.S.C. § 439 – False Entry in Books and Records

D-1   CLAUDIA THOMPSON

That beginning in or about June 2004 and continuing to August 2005, in the Eastern District of Michigan, Southern Division, defendant **CLAUDIA THOMPSON**, did willfully make and cause to be made false entries in a record required to be maintained by Section 439 of Title 29, United States Code, that is, union disbursement ledger records, a record on matters required to be

reported in the annual financial report of the PACE Local Union 6-513, and required to be filed with

the Secretary of Labor; all in violation of 29 United States Code, Section 439(c).

**STEPHEN J. MURPHY**
United States Attorney


s/Jennifer Gorland
**JENNIFER GORLAND**
Chief, General Crimes Unit


S/Noceeba Southern Gordon
**NOCEEBA SOUTHERN GORDON (P55229)**
Assistant United States Attorney


Dated: 4/19/07

| United States District Court<br>Eastern District of Michigan | **Criminal Case Co** | Case: 2:07-cr-20216<br>Assigned To: Duggan, Patrick J<br>Referral Judge: Whalen, R. Steven<br>Filed: 04-20-2007 At 10:49 AM<br>INFO USA V. THOMPSON (TAM) |

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to cc

| **Companion Case Information** | Companion Case Number: |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | Judge Assigned: |
| ☐ Yes        X No | AUSA's Initials:  NSG |

Case Title: USA v.   D-1 CLAUDIA THOMPSON

County where offense occurred :   Wayne

Check One:         X☐ Felony              ☐ Misdemeanor              ☐ Petty

____Indictment/__X__Information --- no prior complaint.
____Indictment/____Information --- based upon prior complaint [Case number:_____]
____Indictment/____Information --- based upon LCrR 57.10 (d) *[Complete Superseding section below]*.

## Superseding Case Information:

Superseding to Case No: _____      Judge: _____

- ☐ Original case was terminated; no additional charges or defendants.
- ☐ Corrects errors; no additional charges or defendants.
- ☐ Involves, for plea purposes, different charges or adds counts.
- ☐ Embraces same subject matter but adds the additional defendants or charges below:

**Defendant name**                          **Charges**

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.

April 19, 2007
Date

NOCEEBA SOUTHERN GORDON
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI  48226-3277
Phone:  (313) 226-9676
Fax: (313) 226-2372
E-Mail address: noceeba.gordon@usdoj.gov

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.

5/20/04